# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BURNELL PALMER AND ELISE
DOLLY

VERSUS

AIG PROPERTY CASUALTY
COMPANY, WAYNE JUNEAU AND
STATE FARM FIRE AND CASUALTY
COMPANY

NO.   2019 CW 0898

SEP 1 7 2019

---

In Re:    AIG Property Casualty Company and Wayne Juneau,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 673030.

---

**BEFORE:   WHIPPLE C.J., GUIDRY AND CRAIN, JJ.**

**WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction   Company,   Inc.   v.   Hotel   Investors   of   New   Iberia,
Inc.,** 396 So.2d 878 (La. 1981)(*per curiam*), are not met.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT